# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DAVID J. JUSTICE, | : |
| Plaintiff, | : NO.: 3:21-cv-01291 |
| v. | : |
| G4S SECURE INTEGRATION, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Consistent with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff David J. Justice and Defendant G4S Secure Integration, LLC, report that they have settled this matter, and seek to jointly dismiss this lawsuit with prejudice.  Each party will bear its own costs and fees.

Dated: September 2, 2021.

Respectfully submitted,

By: /s/ David Joeckel
David Joeckel
State Bar No. 10669700
219 South Main Street, Suite 301
Fort Worth, Texas 76104
(817) 924-8600

1

(817) 924-8603 facsimile
dbj@joeckellaw.com

*Counsel for Plaintiff*


By: */s/ Kelly E. Eisenlohr-Moul*
Kelly Eisenlohr-Moul
State Bar No. 24112896
2573 Apple Valley Road NE
Atlanta, Georgia 30319
T: (404) 909-8100
F: (404) 909-8120
E: keisenlohr-moul@martesonlaw.com

*Counsel for G4S*

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing.

*/s/ Kelly E. Eisenlohr-Moul*
Counsel for G4S
